IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| GLEN BERNARD MANN, | |
| Petitioner, | |
| vs. | No. 04-2486-D/P |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | |
| Respondent. | |

ORDER SETTING STATUS CONFERENCE
TO ESTABLISH SCHEDULING ORDER

Pursuant to this Court's August 13, 2004 scheduling order, the Petitioner has filed his Amended Petition for Writ of Habeas Corpus, Respondent has answered, and Petitioner has filed his reply to the Respondent's answer. A review of the pleadings indicates substantial factual disputes in this matter. Accordingly, it is now appropriate to establish a schedule for continued litigation in this matter.

IT IS THEREFORE ORDERED, that counsel for both parties appear before the Court for a status conference at 11:30 a.m. on July 1, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05

21

IT IS SO ORDERED this __6__ day of June, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02486 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Donald E. Dawson
POST CONVICTION DEFENDER
460 James Robertson Pkwy.
Ste. 1320
Nashville, TN 37243

Catherine Brockenborough
OFFICE OF TH EPOST-CONVICTION DEFENDER
530 Church St.
Ste 600
Nashville, TN 37243

Glenn Bernard Mann
148927
Riverbend Maximum Security Institution
Nashville, TN

Kelley J. Henry
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Angele M. Gregory
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Bernice Donald
US DISTRICT COURT