IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GLEN BERNARD MANN, | X | |
| Petitioner, | X | |
| vs. | X | No. 04-2486-D/P |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | X | |
| Respondent. | X | |

## ORDER SUBSTITUTING COUNSEL FOR RESPONDENT

Before the Court is the motion of Tennessee Associate Deputy Attorney General Jennifer L. Smith to be substituted as lead counsel for the Respondent in this matter. The Court is informed that present lead counsel, Assistant Attorney General Angele M. Gregory, is resigning her position and will no longer be employed by the Attorney General's office effective at the end of July 2005. Ms. Smith affirms that she is sufficiently familiar with the facts and circumstances of this matter, and that she may assume the responsibilities of lead counsel without delay.

The Court therefore ORDERS that Ms. Smith be substituted as lead counsel for the Respondent in this matter, and that all notices and service of pleadings, motions, and papers be directed to her.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-11-05



IT IS SO ORDERED this  30  day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02486 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Kelley J. Henry
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Angele M. Gregory
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Catherine Brockenborough
OFFICE OF TH EPOST-CONVICTION DEFENDER
530 Church St.
Ste 600
Nashville, TN 37243

Glenn Bernard Mann
148927
Riverbend Maximum Security Institution
Nashville, TN

Donald E. Dawson
POST CONVICTION DEFENDER
460 James Robertson Pkwy.
Ste. 1320
Nashville, TN 37243

Jennifer L. Smith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Bernice Donald
US DISTRICT COURT