IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

FILED BY _____ D.C.

05 NOV 30 PM 12: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| GLEN BERNARD MANN | ) |
| Petitioner-Applicant | ) |
| | ) No. 04-2486-D/P |
| vs. | ) |
| RICKY BELL, Warden, Riverbend Maximum Security Institution | ) |
| Respondent | ) |

## AGREED SCHEDULING ORDER

The parties have consulted and inform the court that they have agreed to the following schedule to govern the next stage of this litigation.

Currently pending before the court is Petitioner's motion for discovery, Respondent's opposition thereto, and Petitioner's reply. Should the motion for discovery be granted, the parties agree that discovery should be completed within ninety days of the court's order granting discovery. Any motions for summary judgment should be filed within thirty days following the close of discovery. Responses in opposition to summary judgment should be filed within ninety days of the motion for summary judgment. The moving party will then have forty-five days to reply to the response in opposition.

Should the Court deny Petitioner's motion for discovery, then, any motion for summary judgment should be filed within thirty days of the Court's order denying discovery. Responses in

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

32

opposition to summary judgment should be filed within ninety days of the motion for summary judgment. The moving party will then have forty-five days to reply to the response in opposition.

IT IS SO ORDERED this 29th day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Approved for Entry:

*/s/ Kelley J. Henry*
Kelley J. Henry
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing via first-class mail to Jennifer Smith and Elizabeth Ryan, Assistant Attorney Generals, Office of the Attorney General, 425 5th Avenue North, Nashville, Tennessee 37243.

Date: 11/22/05

*/s/ Kelley J. Henry*

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02486 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Catherine Brockenborough
OFFICE OF TH EPOST-CONVICTION DEFENDER
530 Church St.
Ste 600
Nashville, TN 37243

Glenn Bernard Mann
148927
Riverbend Maximum Security Institution
Nashville, TN

Jennifer L. Smith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Elizabeth T. Ryan
STATE ATTORNEY GENERAL'S OFFICE
425 Fifth Avenue N.
Nashville, TN 37243--048

Kelley J. Henry
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Donald E. Dawson
POST CONVICTION DEFENDER
460 James Robertson Pkwy.
Ste. 1320
Nashville, TN 37243

Honorable Bernice Donald
US DISTRICT COURT